1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

| | | |
|---|---|---|
| 12 | HAROLD W. TUCKER, ) | No. EDCV 08-1300-AHM(CW) |
| 13 | Petitioner, ) | ORDER ACCEPTING REPORT AND |
| 14 | v. ) | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| 15 | DERRAL G. ADAMS (Warden), ) | |
| 16 | Respondent. ) | |

17

18    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19 records on file, and the Report and Recommendation of the United

20 States Magistrate Judge.  The court has engaged in a _de novo_ review of

21 those portions of the Report and Recommendation to which objection has

22 been made.  The court accepts the findings and recommendation of the

23 Magistrate Judge.  **IT IS THEREFORE ORDERED** that judgment be entered

24 denying the Petition and dismissing this action with prejudice.

25

26 DATED: _Sept. 22, 2011_

27

_____
A. HOWARD MATZ
United States District Judge

28