UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD W. TUCKER, | ) | No. EDCV 08-1300-AHM(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DERRAL G. ADAMS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: Sept. 22, 2011

_____
A. HOWARD MATZ
United States District Judge